UBICOMM, LLC, Plaintiff–Appellant,

v.

ACE HARDWARE CORPORATION, Bulbs.Com Incorporated, Dick's Sporting Goods Inc., GNC Holdings Inc., Ebay Inc., Smartpak Equine LLC, Thinkgeek Inc., V.F. Corporation, Zappos IP, Inc., Wal–Mart Stores, Inc., Neiman Marcus Group, Inc., and Crocs Inc., Defendants–Appellees.

Ubicomm, LLC, Plaintiff–Appellant,

v.

Blue Ribbon Motoring, LLC and Williams–Sonoma, Inc., Defendants–Appellees.

Nos. 2014–1092, 2014–1099, 2014–1100, 2014–1101, 2014–1102, 2014–1103, 2014–1104, 2014–1105, 2014–1106, 2014–1217, 2014–1245, 2014–1249, 2014–1359.

United States Court of Appeals, Federal Circuit.

July 31, 2014.

Steven R. Daniels, William Bryan Farney, Darlene Ghavimi, Farney Daniels PC, Georgetown, TX, David C. Swenson, Farney Daniels PC, Minneapolis, MN, for Plaintiff–Appellant.

Robert L. Lee, Holly Hawkins Saporito, Alston & Bird LLP, Atlanta, GA, Jack B. Blumenfeld, Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE, Natalie Christine Clayton, Esq., Alston & Bird LLP, New York, NY, Adam Phillip Samansky, Peter Cuomo, Edwards Wildman Palmer LLP, Boston, MA, Jason W. Cook, Shaun William Hassett, Alston & Bird LLP, Dallas, TX, Mary W. Bourke, Womble, Carlyle, Sandridge & Rice, PLLC, Wilmington, DE, Adam Mortara, Abby M. Mollen, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL, for Defendants–Appellees.

### ORDER

Upon consideration of the joint motion to withdraw the above-captioned appeals, IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.